**Gardner Daycare Financial Review**

| Vendor | Total Paid |
|---|---|
| **SKS Reconcilation** | |
| Original cost estimate | 984,679.00 |
| | |
| Change orders: | |
| 2018-100 VDOT overlay (required by VDOT) | 14,427.00 |
| 2018-101 Hydro Seeding (per Chris) | 3,440.00 |
| Total | 17,867.00 |
| | |
| Revised estimate | 1,002,546.00 |
| | |
| Paid to date: | |
| Paid to SKS | 535,567.00 |
| Invoice from SKS chargeable to tenant | 10,150.00 |
| Payments made to vendors 06/25/2018 | 192,085.54 |
| Payments made to Vendors 07/25/2018 | 120,192.91 |
| Total Payments made to Vendors | 857,995.45 |
| | |
| Net Due to SKS before Adjustments | 144,550.55 |
| | |
| Adjustments for Penalties & Repairs: | |
| Penalties to Tenant: | |
| NLD Gainesville | 50,000.00 |
| NLD Gainesville #2 | 50,000.00 |
| Total | 100,000.00 |
| | |
| Payments Due: | |
| Hydro Seeding (per Steve) | 2,000.00 |
| Invoice #18211475CATHER4 Dominion Energy | 13,049.32 |
| Failed inspection storm sewer replacement | 33,491.66 |
| Total | 46,540.98 |
| | |
| Total Adjustments | 146,540.98 |
| | |
| Net Overpayment to SKS | (1,990.43) |
| | |
| **SKS Invoices Billed - Not Approved** | |
| CO#1 undercuts | 35,442.00 |
| Co#2 Import fill/replace bad dirt | 47,415.00 |
| 2018-102 Interest charges incurred by SKS | 29,079.04 |
| Total | 111,936.04 |

**Gardner Daycare Financial Review**

| Vendor | Total Paid | |
|---|---|---|
| Late Fees paid to Tenant: | | |
|   NLD Gainesville | 50,000.00 | |
|   NLD Gainesville #2 | 50,000.00 | |
|   Total | 100,000.00 | 100,000.00 |
| | | |
| Total Expenditures | | 1,562,353.28 |
| Sales Price | | 1,525,000.00 |
| Loss to Date | | (37,353.28) |
| | | |
| A/P: | | |
|   Dominion Energy | 13,049.32 | damages |
|   Black Diamond | 33,491.66 | storm sewer repair |
|   Black Diamond | 2,000.00 | hydroseeding |
|   Total | 48,540.98 | 48,540.98 |
| | | |
| Total Projected Loss | | (85,894.26) |