| From: | Steve Zuchowski |
|---|---|
| To: | Chris Hornung; Wendy Zuchowski |
| Cc: | Jud Honaker; Steve Jones; Leissa Richardson; Billie Dove; Wendy Zuchowski |
| Subject: | RE: Gardner Daycare |

Chris,

Wendy and I will send this over to you today and also send over the other items of the c/o's and interest charges for discussion .

Thanks

---

**From:** Chris Hornung [mailto:chornung@silverco.com]
**Sent:** Monday, June 25, 2018 8:42 AM
**To:** Steve Zuchowski; Wendy Zuchowski
**Cc:** Jud Honaker; Steve Jones; Leissa Richardson; Billie Dove
**Subject:** Gardner Daycare

Steve & Wendy,

On Friday we agreed to terms of release of the escrow account with NLD Gainesville for the Gardner Daycare project. In exchange for releasing $100,000 of the escrow to NLD, NLD has approved the release of the balance to Silver to pay outstanding invoices. Jud has spoken with Jesse in our Florida office, and they are working on a funding agreement to pay the balance due to SKS and its subcontractors instead of asking SKS to carry outstanding amounts until the next sale of property.

It looks like upon release of the escrow this week, we'll have approximately $193,000 to disburse to SKS's subs. We need you to provide us with a priority list for vendors to be paid so we can allocate the $193,000 where most critical to avoid liens and unfreeze your accounts.

Hopefully the remaining outstanding invoices can be paid in the next 2 weeks.

Chris Hornung, P.E.
Vice President
Planning & Engineering
Silver Companies
chornung@silverco.com
office (540) 785-3378
mobile (540) 273-7498

**From:** Chris Hornung [mailto:chornung@silverco.com]
**Sent:** Thursday, July 12, 2018 8:48 AM
**To:** Wendy Zuchowski
**Cc:** Steve Zuchowski; Jud Honaker
**Subject:** RE: SKS Construction, Inc- Gardner

Wendy & Steve,

Larry and Jud have agreed to refund all monies that went to pay for the land out of the Daycare transaction. The land paydown was originally $388,000 and was reduced to $201,000 when they advanced $187,000 back in February. We have approximately $70,000 in other expenses that need to be paid (delay damages to daycare), leaving around $130,000 that can be paid to SKS and its subcontractors. We'll need SKS to carry the balance until the next sale per our previous discussion.

Let me know when you have time to come in to talk with Jud and me about this and .

Chris Hornung, P.E.
Vice President
Planning & Engineering
Silver Companies
chornung@silverco.com
office (540) 785-3378
mobile (540) 273-7498

**From:** Wendy Zuchowski [mailto:wendyz@sksconstruction.net]
**Sent:** Wednesday, July 11, 2018 10:40 AM
**To:** Chris Hornung <chornung@silverco.com>
**Cc:** Steve Zuchowski <stevez@sksconstruction.net>
**Subject:** SKS Construction, Inc- Gardner

Chris,
Any updates?

*Wendy Zuchowski*
*SKS Construction, Inc.*
*Director of Administration*