# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: SKS CONSTRUCTION, INC. | ) | Case No. 21-31862-KLP |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| SKS CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 21-03097-KLP |
| GARDNER STATION, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S LIST OF PROPOSED WITNESSES AND EXHIBITS

SKS Construction, Inc. ("<u>SKS</u>"), Debtor and Plaintiff in the above-captioned matter, states that it may call any or all of the following persons as witnesses at trial:

1. Steven Zuchowski

2. Wendy Zuchowski

3. Philip Christopher Hornung

4. Any witness(es) identified or called by Defendant.

5. Any and all record custodians necessary to authenticate records as needed.

_____
David K. Spiro (VSB# 28152)
David G. Browne (VSB# 65306)
Spiro & Browne, PLC
2400 Old Brick Road
Glen Allen, Virginia 23060
Telephone:     (804) 573-9220
Facsimile:     (804) 836-1855
E-mail:     dbrowne@sblawva.com
*Counsel for the Debtor/Plaintiff*

Plaintiff may introduce or otherwise rely upon any of the following, or portions thereof, as Exhibits:

1. SKS Budget Summary (Complaint Exhibit)

2. June and July, 2018 e-mails between Chris Hornung and Plaintiff

3. Gardner Daycare Financial Review from Defendant

Plaintiff reserves the right to call witnesses and/or rely on exhibits not specifically listed herein for rebuttal and/or impeachment purposes.

DATED: 4/12/2022

                                  **SKS CONSTRUCTION, INC.**

                                  By: _____*/s/ David G. Browne*_____
                                                     Counsel

David K. Spiro (VSB# 28152)
David G. Browne (VSB# 65306)
Spiro & Browne, PLC
2400 Old Brick Road
Glen Allen, Virginia 23060
Telephone: (804) 573-9220
Facsimile: (804) 836-1855
E-mail: dbrowne@sblawva.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2022, a true and accurate copy of the foregoing Plaintiff's Witness and Exhibit List was filed via the ECF system and served thereby on all parties receiving notice via the ECF system.

                                                 _____*/s/ David G. Browne*_____